UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>          Plaintiff,<br><br>    v.<br><br>COAST TO COAST MOTORS, INC., et al.,<br><br>          Defendants. | Case No. 19-cv-08173-RS<br><br>**ORDER TO SHOW CAUSE** |

The complaint was filed December 16, 2019. The scheduling order, Dkt. 6, listed March 30, 2020 as the last to hold the joint inspection of premises, and 42 days after the joint inspection as the last day for Plaintiff to file a Notice of Need for Mediation. Plaintiff has failed to comply with this deadline or notify the Court of a settlement. Plaintiff shall show cause by December 13, 2021 why the matter should not be dismissed for lack of prosecution. If there is no response to this order, the case will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: November 29, 2021

_____
RICHARD SEEBORG
Chief United States District Judge