DANIEL MALAKAUSKAS, *Cal. Bar No.:* 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive, Suite B-107-240
Las Vegas NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>**COAST TO COAST MOTORS, INC.,** as an entity and doing business as "Coast to Coast Motors", **21854 MISSION, LLC**, and **DOES** 1-50, Inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: **3:19-cv-08173-RS**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, against all defendants, **WITHOUT PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date: December 10th, 2021

/s/ Daniel Malakauskas
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff